UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL GRADY,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GOLDBERG,<br>MINDY GOLDBERG, and<br>UNIVERSAL SOURCING, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-237S |

**MOTION TO EXTEND TIME TO FILE**
**RESPONSIVE PLEADING TO COMPLAINT**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. ("Defendants") hereby move this Court for a forty-five (45) day extension of time within which to file their responsive pleading to the Complaint in the above-referenced matter pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(a). With such an extension, the responsive pleading will be due on August 30, 2007.

In support of this Motion, undersigned counsel were engaged this week, and have not had an opportunity to conduct a reasonable investigation into the facts underlying this matter. Those facts, as pled in Plaintiff Michael Grady's ("Plaintiff") catch-all Complaint, appear to allege a scheme to defraud, breaches of at least two stock transfer agreements, loss of profits from sales in the "premiums" market, and patent infringement. (See generally Complaint). These allegations center on events that purportedly occurred in 1997 and 2001. (See Complaint at ¶¶ 9 & 15). Given undersigned counsel's unfamiliarity with this matter and the age of Plaintiff's claims, counsel respectfully requests an additional forty-five days to file a responsive pleading to the Complaint.

EDWARD GOLDBERG,
MINDY GOLDBERG, and
UNIVERSAL SOURCING, INC.

By its Attorneys,

/s/ Stephen M. Prignano
/s/ Armando E. Batastini

Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 13th day of July, 2007, I caused a true copy of the within Motion to be served by first class mail, postage prepaid, to the following party:

Michael F. Grady
100 Jefferson Drive
East Greenwich, RI 02818

/s/ Armando E. Batastini