UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL GRADY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-237S |
| EDWARD GOLDBERG, MINDY GOLDBERG, and UNIVERSAL SOURCING, INC. | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. hereby move that Natalie Shkolnik be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

Dated: July 31, 2007

EDWARD GOLDBERG,
MINDY GOLDBERG, and
UNIVERSAL SOURCING, INC.

By: /s/ Armando E. Batasini

Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(fax) (401) 276-6611
sprignano@eapdlaw.com
abatastini@eapdlaw.com

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the New York State Supreme Court, Appellate Division, Second Department, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may

result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Natalie Shkolnik
Signature of *Pro Hac Vice* Applicant

| | |
|---|---|
| Natalie Shkolnik | N/A – New York |
| Print Name | State Bar ID # |
| Siller Wilk LLP | |
| Firm Name | |
| 675 Third Avenue, New York, NY 10017-5714 | |
| Business Address | |
| 212-421-2233 | 212-752-6380 |
| Tel. # | Fax # |

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Armando E. Batastini
Signature of Local Counsel

Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
Print Name R.I. Bar ID #

Firm and Business Address:
Edwards Angell Palmer & Dodge LLP

2800 Financial Plaza
Providence, RI 02903
Tel. # (401) 274-9200
Fax # (401) 276-6611

Granted
WSDM
USDJ
8/22/07

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 31st day of July, 2007, I caused a true copy of the within Motion to be served by first class mail, postage prepaid, to the following party:

Michael F. Grady
100 Jefferson Drive
East Greenwich, RI 02818

/s/ Armando E. Batastini



PRV_PRV_897354_1 (2)/RRIPPLE