UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL F. GRADY, a Rhode Island domiciliary, :
:
Plaintiff, :
: Case No: 07-237S
-against- :
:
EDWARD GOLDBERG, a New Jersey domiciliary, :
MINDY GOLDBERG, a New Jersey domiciliary, and :
UNIVERSAL SOURCING, INC., a New Jersey :
corporation, :
:
Defendants. :

**DECLARATION OF DEFENDANT DARLENE MINDY GOLDBERG IN SUPPORT OF <u>MOTION TO DISMISS OR TRANSFER</u>**

DARLENE MINDY GOLDBERG solemnly declares under penalty of perjury, as follows:

1. I am one of the defendants in this action. I submit this declaration in support of that part of defendants' motion seeking the dismissal of the complaint against me for lack of personal jurisdiction. I have personal knowledge of the facts set forth, below.

2. I own 100% of the outstanding capital stock of defendant Universal Sourcing, Inc. ("USI"), a New Jersey corporation. Although I hold the title of president of USI, I am not and I have never been employed by USI and I generally do not perform any services for USI.

3. I reside in Teaneck, New Jersey. I have never resided in Rhode Island. In fact, I cannot recall ever having visited Rhode Island.

4. I neither own, nor have I never owned, any property in Rhode Island.

5. I have never transacted any business in Rhode Island, nor have I ever employed an agent or representative to transact business for me in Rhode Island.

6. I never spoke with plaintiff Michael Grady concerning the alleged contract mentioned in the complaint. I never made any representations concerning the purported sale of shares in USI to Mr. Grady. In fact, I *never* had any substantive discussions with Mr. Grady concerning USI business.

7. I never availed myself of the privilege of transacting business in Rhode Island, nor did I ever expect that anything I did might subject me to suit in courts located in Rhode Island.

8. Based on the facts I set forth above, I respectfully request the Court to dismiss the complaint against me for lack of personal jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of August 2007, in Teaneck, New Jersey.

Darlene Mindy Goldberg

DARLENE MINDY GOLDBERG

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2007, I caused a true copy of the within Declaration of Darlene Mindy Goldberg to be delivered by first class mail, postage prepaid, to the following party:

Michael F. Grady, *pro se*
100 Jefferson Drive
East Greenwich, RI 02818

/s/ Armando E. Batastini