UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

Plaintiff

CASE NO. 07-237S

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

---

**MOTION AND MEMORANDUM OF LAW OF THE PLAINTIFF, MICHAEL F. GRADY TO STRIKE DEFENDANTS' MOTION TO DISMISS OR TRANSFER**

The Plaintiff, MICHAEL F. GRADY ("Grady"), pursuant to Federal Rule of Civil Procedure 12(f) and Local General Rule 7(b)(1), files this his Motion and Memorandum of Law to Strike the Motion of the Defendants, EDWARD GOLDBERG, MINDY GOLDBERG (collectively the "Goldbergs"), and UNIVERSAL SOURCING, INC.'s ("USI") Motion to Dismiss or Transfer and in support of his Motion, states as follows:

1. On or about July 27, 2007, Grady filed a Complaint against the Goldbergs and USI.

2. A responsive pleading was due to be filed by the Goldbergs and USI on or before July 18, 2007.

3. On July 13, 2007, counsel for the Goldbergs and USI filed a Motion for Extension of

Time to File A Responsive Pleading to the Complaint. However, after reviewing the Motion, Judge Smith entered a text Order which granted the Motion for Extension of Time. The text Order stated:

> "TEXT ORDER granting 3 MOTION for an Extension of Time to File Answer re: 1 Complaint. Edward Goldberg answer due 8/30/2007; Mindy Goldberg answer due 8/30/2007; Universal Sourcing Inc answer due 8/30/2007. So Ordered by Judge William E. Smith on 7/16/2007."

A copy of the Court's docket sheet highlighting the entry for the TEXT ORDER is attached hereto, made a part hereof, and, marked as Exhibit "A".

4. On August 30, 2007, the Goldbergs and USI, through their counsel, filed a Motion to Dismiss or Transfer together with Memorandum of Law In Support of Their Motion to Dismiss the Complaint, or, Alternatively, to Transfer the Action to the District of New Jersey. Judge Smith's Order of July 16, 2007, specifically stated that Defendants were to file on or before August 30, 2007, an **Answer**, as required by Federal Rule of Civil Procedure 7 and not a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or a Motion to Transfer under Title 28 of the United States Code. By filing the Motion to Dismiss or Transfer, the Defendants have not complied with this Court's Order dated July 16, 2007.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 12(b), Plaintiff believes that oral argument may assist the Court, and, consequently hereby requests oral argument regarding this motion.

WHEREFORE, based on the above, the Plaintiff, MICHAEL F. GRADY, respectfully requests that this Court enter an Order striking the Motion to Dismiss or Transfer filed by the Defendants, EDWARD GOLDBERG, MINDY GOLDBERG and UNIVERSAL SOURCING, INC., and enter an Order giving the Defendants ten (10) days within which to file an Answer to the Complaint served upon them on or about June 27, 2007 and grant such other and further relief as this

Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this ____ day of September, 2007 to: Armando E. Batastini, Esquire and Stephen M. Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
mgrady.mfgassociates@cox.net