UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. 07-237S

Plaintiff

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

---

**ORDER ON PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS', EDWARD GOLDBERG, MINDY GOLDBERG AND UNIVERSAL SOURCING, INC.'s MOTION TO DISMISS OR TRANSFER**

THIS CAUSE having come before the Court on *Plaintiff's Unopposed Motion for an Enlargement of Time to Respond to Defendants', Edward Goldberg, Mindy Goldberg and Universal Sourcing, Inc.'s Motion to Dismiss or Transfer*, and, the Court having reviewed same, and the Court file, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion is hereby GRANTED.

**EXHIBIT "A"**

United States District Court for the
State of Rhode Island
Case No. 07-237S

2. Plaintiff shall have up to and including thirty (30) days after any Order which denies the Plaintiff's Motion to Strike to serve his memorandum of law in opposition to the Motion to Dismiss or Transfer served by the Defendants.

**DONE AND ORDERED** this ____ day of ____________, 2007.

______________________________
United States District Court Judge

Copies furnished to:

Michael F. Grady, Pro Se
Armando E. Batastini, Esquire (counsel for Defendants)
Jay Auslander, Esquire (counsel for Defendants)

**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00237-S-LDA**

Grady v. Goldberg et al
Assigned to: Judge William E Smith
Referred to: Magistrate Judge Lincoln D. Almond
Cause: 28:1332 Diversity-Fraud

Date Filed: 06/27/2007
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-:
Lending
Jurisdiction: Diversity

**Plaintiff**

**Michael Grady**
*a Rhode Island Domiciliary*

represented by **Michael Grady**
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
PRO SE

V.

**Defendant**

**Edward Goldberg**
*a New Jersey Domiciliary*

represented by **Armando E. Batastini**
Edwards Angell Palmer & Dodge L
2800 Financial Plaza
Providence, RI 02903
274-9200
Fax: 276-6611
Email: abatastini@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay S Auslander**
Siller Wilk LLP
675 Third Avenue
New York, NY 10017-5714
212-421-2233
Fax: 212-752-6380
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Zelmanovitz**
Siller Wilk LLP
675 Third Avenue
New York, NY 10017-5714
212-421-2233
Fax: 212-752-6380
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie Shkolnik**
Siller Wilk LLP
675 Third Avenue
New York, NY 10017-5714
212-421-2233
Fax: 212-752-6380
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Prignano**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
Fax: (401) 276-6611
Email: sprignano@eapdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mindy Goldberg**
*a New Jersey domiciliary*

represented by **Armando E. Batastini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay S Auslander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Zelmanovitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Prignano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Sourcing Inc**
*a New Jersey Corporation*

represented by **Armando E. Batastini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Jay S Auslander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Zelmanovitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalie Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Prignano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | 1 | COMPLAINT against Edward Goldberg, Mindy Goldberg, Universal Sourcing Inc ( Filing fee $ 350 receipt number 66297.), filed by Michael Grady. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Civil Cover Sheet) (Baldinelli, Doreen) (Entered: 06/27/2007) |
| 07/13/2007 | 2 | NOTICE of Appearance by Armando E. Batastini on behalf of all defendants (Batastini, Armando) (Entered: 07/13/2007) |
| 07/13/2007 | 3 | MOTION for an Extension of Time to File Answer by all defendants. Responses due by 7/30/2007 (Batastini, Armando) (Entered: 07/13/2007) |
| 07/16/2007 | | TEXT ORDER granting 3 MOTION for an Extension of Time to File Answer re: 1 Complaint. Edward Goldberg answer due 8/30/2007; Mindy Goldberg answer due 8/30/2007; Universal Sourcing Inc answer due 8/30/2007. So Ordered by Judge William E Smith on 07/16/2007. (Baldinelli, Doreen) (Entered: 07/16/2007) |
| 07/31/2007 | 4 | MOTION for Jay S. Auslander to Appear Pro Hac Vice by all defendants. (Batastini, Armando) (Entered: 07/31/2007) |
| 07/31/2007 | 5 | MOTION for Natalie Shkolnik to Appear Pro Hac Vice by all defendants. (Batastini, Armando) (Entered: 07/31/2007) |
| 07/31/2007 | 6 | MOTION for Joseph Zelmanovitz to Appear Pro Hac Vice by all defendants. (Batastini, Armando) (Entered: 07/31/2007) |
| 08/21/2007 | 7 | ORDER granting 6 Motion to Appear Pro Hac Vice of Joseph Zelmanovitz . So Ordered by Judge William E Smith on August 20, 2007. (Geile, Wendy) (Entered: 08/21/2007) |

EXHIBIT
A

| | | |
|---|---|---|
| 08/21/2007 | 8 | ORDER granting 4 Motion to Appear Pro Hac Vice of Jay S Auslander . So Ordered by Judge William E Smith on August 20, 2007. (Geile, Wendy) (Entered: 08/21/2007) |
| 08/22/2007 | 9 | ORDER granting 5 Motion to Appear Pro Hac Vice of Natalie Shkolnik . So Ordered by Judge William E Smith on August 22, 2007. (Geile, Wendy) (Entered: 08/22/2007) |
| 08/30/2007 | 10 | MOTION to Dismiss, MOTION to Transfer Case WITH SUPPORTING MEMO by all defendants. Responses due by 9/17/2007 Responses due by 9/17/2007 (Attachments: # 1 Declaration of Edward Goldberg# 2 Declaration of Darlene Mindy Goldberg# 3 Declaration of Jay Auslander)(Batastini, Armando) (Entered: 08/30/2007) |