UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

Plaintiff

CASE NO. 07-237S

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

**MOTION AND MEMORANDUM OF LAW OF THE PLAINTIFF, MICHAEL F. GRADY FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS', EDWARD GOLDBERG, MINDY GOLDBERG AND UNIVERSAL SOURCING, INC.'s MOTION TO DISMISS OR TRANSFER**

The Plaintiff, MICHAEL F. GRADY ("Grady"), hereby respectfully moves for an enlargement of time to serve a response to Defendants', EDWARD GOLDBERG, MINDY GOLDBERG (collectively "Goldberg") and UNIVERSAL SOURCING, INC. ("USI") Motion to Dismiss or Transfer, and as his grounds therefore states as follows:

1. On August 30, 2007, Goldberg and USI served their Motion to Dismiss or Transfer upon the Grady. A response to the Motion to Dismiss or Transfer is due to be served by Grady on or before September 17, 2007.

2. However, Grady has served a Motion and Memorandum of Law to Strike the Motion to Dismiss or Transfer and until this Court rules on the Motion to Strike, he has not prepared a response to the Motion to Dismiss or Transfer.

3. In the event that this Court denies the Motion to Strike which has been served by Grady, additional time shall be required to prepare a response to the Motion to Dismiss or Transfer.

4. Accordingly, Grady is requesting an enlargement of time up to and including thirty (30) days from the time the Court rules on the Motion to Strike, and, if the Motion to Strike is denied, within which to serve a memorandum of law in opposition to the motion to dismiss or transfer filed by the Goldbergs and USI in this matter. Also, Grady may need to take discovery to rebut the Affidavit filed by the Defendants to contest personal jurisdiction over Mindy Goldberg if the Motion to Strike is denied.

5 Grady has conferred with counsel for the Defendants who was either unable to agree or disagree with the relief requested in this Motion.

6. No prejudice will result to any party if this motion is granted. This motion is made in good faith and not for the purpose of delay.

7. A proposed Order is attached hereto as Exhibit "A" for the Court's convenience.

WHEREFORE, based on the above, the Plaintiff, MICHAEL F. GRADY, respectfully requests that this Court enter an order enlarging the time to serve his memorandum of law in opposition to the Motion to Dismiss or Transfer served by the Defendants, EDWARD GOLDBERG, MINDY GOLDBERG and UNIVERSAL SOURCING, INC., up to and including thirty (30) days after any Order which may deny the Motion to Strike, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this ____ day of September, 2007 to: Armando E. Batastini, Esquire and Stephen M Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
mgrady.mfgassociates@cox.net

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. 07-237S

Plaintiff

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

**ORDER ON PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS', EDWARD GOLDBERG, MINDY GOLDBERG AND UNIVERSAL SOURCING, INC.'s MOTION TO DISMISS OR TRANSFER**

THIS CAUSE having come before the Court on *Plaintiff's Unopposed Motion for an Enlargement of Time to Respond to Defendants', Edward Goldberg, Mindy Goldberg and Universal Sourcing, Inc.'s Motion to Dismiss or Transfer*, and, the Court having reviewed same, and the Court file, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion is hereby GRANTED.

## EXHIBIT "A"

United States District Court for the
State of Rhode Island
Case No. 07-237S

2. Plaintiff shall have up to and including thirty (30) days after any Order which denies the Plaintiff's Motion to Strike to serve his memorandum of law in opposition to the Motion to

Dismiss or Transfer served by the Defendants.

**DONE AND ORDERED** this ____ day of ____________, 2007.

______________________________
United States District Court Judge

Copies furnished to:

Michael F. Grady, Pro Se
Armando E. Batastini, Esquire (counsel for Defendants)
Jay Auslander, Esquire (counsel for Defendants)