UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Michael F. Grady

v. CA No. 07-237S

Edward Goldberg, et al

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 9/21/07