UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY, | : | |
| Plaintiff, | : | Case No: 07-237ML |
| v. | : | |
| EDWARD GOLDBERG, MINDY GOLDBERG, and UNIVERSAL SOURCING, INC., | : | |
| Defendants. | : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. (collectively "Defendants") hereby oppose Plaintiff Michael F. Grady's ("Plaintiff") Motion to Strike Defendants' Motion to Dismiss or Transfer. Defendants rely on their Supporting Memorandum of Law, filed herewith.

EDWARD GOLDBERG,
MINDY GOLDBERG, AND
UNIVERSAL SOURCING, INC.

By its Attorneys,

/s/ Armando E. Batastini
Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(fax) (401) 276-6611

SILLER WILK LLP
Jay S. Auslander (*Pro Hac Vice*)
Natalie Shkolnik (*Pro Hac Vice*)
Joseph Zelmanovitz (*Pro Hac Vice*)
675 Third Avenue – 9th Floor
New York, New York 10017
(212) 421-2233
(fax) (212) 752-6380

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of September, 2007, that this document has been filed electronically and is available for viewing and downloading to the following ECF registered participant and also was served by first class mail, postage prepaid, and by facsimile to the following party:

Michael F. Grady
100 Jefferson Drive
East Greenwich, RI 02818
mgrady3@cox.net

/s/ Armando E. Batastini