UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL F. GRADY

v. CA 07-237S

EDWARD GOLDBERG, et al.

# ORDER

This matter was initially randomly assigned to United States District Judge Smith. Upon Judge Smith's recusal, the matter was randomly reassigned to the undersigned. Now before the Court are Plaintiff's Motion to Strike (Docket #11) and Plaintiffs's Motion for Enlargement of Time (Docket #12).

Having considered Plaintiff's motions, this Court makes the following orders:

(1) Plaintiff's Motion to Strike (Docket #11) is DENIED for the reasons set forth in Defendants' Opposition (Docket #14).

(2) Plaintiff's Motion for Enlargement is GRANTED. Plaintiff shall file his response to Defendants' Motion to Dismiss on or before October 29, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
September 26, 2007