MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:abatastini@eapdlaw.com,ldanef@rid.uscourts.gov,rjil@eapdlaw.com,wesnef@rid.uscou
Message-Id:<171847@rid.uscourts.gov>
Subject:Activity in Case 1:07-cv-00237-S-LDA Grady v. Goldberg et al "Order on Motio

Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 7/16/2007 at 11:00 AM EDT and filed on 7/16/2007

**Case Name:** Grady v. Goldberg et al
**Case Number:** 1:07-cv-237
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [3] MOTION for an Extension of Time to File Answer re: [1] Complaint. Edward Goldberg answer due 8/30/2007; Mindy Goldberg answer due 8/30/2007; Universal Sourcing Inc answer due 8/30/2007. So Ordered by Judge William E Smith on 07/16/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**1:07-cv-237 Notice will be electronically mailed to:**

Armando E. Batastini abatastini@eapdlaw.com, rjil@eapdlaw.com

**1:07-cv-237 Notice will be delivered by other means to:**

Michael Grady
100 Jefferson Drive
E. Greenwich, RI 02818

[redacted]