UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD GOLDBERG, MINDY GOLDBERG, and UNIVERSAL SOURCING, INC.,<br><br>Defendants. | : | Case No: 07-237ML |

**DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. (collectively "Defendants"), hereby oppose Plaintiff Michael Grady's ("Grady") Motion for Reconsideration of this Court's Denial of Grady's Motion to Strike. Grady repeats, almost verbatim, the argument that he presented in support of the previously denied Motion to Strike in support of his Motion for Reconsideration. Restating earlier argument in support of reconsideration of a previously denied motion is, *per se*, an insufficient basis on which to premise a Motion for Reconsideration. See Waters v. Walt Disney World, Co., 237 F. Supp.2d 162, 166 (D.R.I. 2002) (Lisi, J.) ("Plaintiffs' motion for reconsideration simply restates arguments made to this Court ... and, as such, is denied.").

Grady further argues that the Court's denial of his Motion to Strike was premature, in that the denial preempted his ability to file a Reply Brief. However, Grady fails to articulate anything beyond the arguments contained in his original brief that he would have presented by way of reply. As such, Grady implicitly acknowledges that his contemplated Reply Brief would have been at variance with the Local Rules and would not have changed the Court's denial of his

motion. See Local Rule 7(a)(2) ("A reply memorandum shall consist only of a response to an objection and shall not present additional grounds for granting the motion, or reargue or expand upon the arguments made in support of the motion.").

This Court should therefore summarily deny Grady's Motion for Reconsideration.

EDWARD GOLDBERG,
MINDY GOLDBERG, AND
UNIVERSAL SOURCING, INC.

By their Attorneys,

/s/ Armando E. Batastini
Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(fax) (401) 276-6611

SILLER WILK LLP
Jay S. Auslander (*Pro Hac Vice*)
Natalie Shkolnik (*Pro Hac Vice*)
Joseph Zelmanovitz (*Pro Hac Vice*)
675 Third Avenue – 9th Floor
New York, New York 10017
(212) 421-2233
(fax) (212) 752-6380

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 2nd day of October, 2007, that this document has been filed electronically and is available for viewing and downloading to the following ECF registered participant and also was served by first class mail, postage prepaid, and by facsimile to the following party:

Michael F. Grady
100 Jefferson Drive
East Greenwich, RI 02818
mgrady3@cox.net

/s/ Armando E. Batastini