Denied. Mary M. Lisi 10/10/07

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

Plaintiff

CASE NO. 07-237S ML

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

FILED
SEP 28 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR RECONSIDERATION AND MEMORANDUM OF LAW OF THE PLAINTIFF, MICHAEL F. GRADY IN REPLY TO THE MEMORANDUM OF LAW OF THE DEFENDANTS IN OPPOSITION TO THE MOTION TO STRIKE THE MOTION OF THE DEFENDANTS TO DISMISS OR TRANSFER**

The Plaintiff, MICHAEL F. GRADY ("Grady"), pursuant to the Federal Rules of Civil Procedure and Local General Rules of the United States District Court for the District of Rhode Island, serves this his Motion for Reconsideration and Memorandum of Law in Reply to the Memorandum of Law of the Defendants in Opposition to the Motion to Strike the Motion of the Defendants to Dismiss or Transfer and as his grounds therefore, states as follows:

1. On or about July 27, 2007, Grady filed a Complaint against the Defendants.

2. The Defendants, EDWARD GOLDBERG, MINDY GOLDBERG and UNIVERSAL SOURCING, INC. ("Defendants"), through local Providence, Rhode Island counsel, served a motion requesting a forty-five (45) day extension of time within which to serve a response to the Complaint. The motion was based upon representations that local counsel needed substantial time to understand the facts and circumstances of the matter in order to properly prepare a response. However, the Defendants had their local New York City counsel

also represent them, who were fully aware of all of the facts and circumstances. New York City counsel filed and were granted their motions to appear pro hac vice.

3. The trial court granted the motion for extension but provided in the text order that: "Motion for Extension of Time to File Answer re: (1) Complaint. Edward Goldberg answer due 8/30/2007; Mindy Goldberg answer due 8/30/2007; Universal Sourcing, Inc. answer due 8/30/07. So ordered by Judge William E. Smith on 07/16/2007. (e.s.)" A true and correct copy of the Text Order is attached hereto, made a part hereof, and, marked as Exhibit "1".

4. Pursuant to the Federal Rules of Civil Procedure, the difference between an answer under Rule 8 and a responsive pleading under Rule 12(b)(6) is quite clear, and, consequently, the trial judge was fully aware of the distinction between an answer and a responsive pleading. The Text Order specifically states no less than three (3) times that an answer was due 8/30/2007 for each of the Defendants.

5. Consequently, the Motion to Strike should be granted by the Court in light of the extensive extension of time which was requested by the Defendants, the role of its New York City attorneys, and, the specific, unwavering, and crystal clear language in the Text Order.

6. Further, on September 26, 2007, an Order was entered by Chief United States District Judge Mary M. Lisi which denied the Plaintiff's Motion to Strike and granted Plaintiff's Motion for Enlargement. However, Plaintiff's Reply to the Memorandum in Opposition is not due until September 28, 2007. The order which denied the motion to strike was based upon the opposition papers of the Defendants to which Grady had to reply on September 28, 2007, two days after the September 26, 2007 order was entered prematurely, and, the trial court did not afford Grady the opportunity to respond to the Defendants opposition papers. Since the order denying the motion to strike was based upon the opposition papers of the Defendants, the order should be set aside, or, at the very least, reconsidered by the trial court.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 12(b), Grady believes that oral argument may assist the Court, and, consequently hereby requests oral argument regarding this motion.

WHEREFORE, based on the above, the Plaintiff, MICHAEL F. GRADY, respectfully requests that this Court enter an Order which strikes the Motion to Dismiss or Transfer filed by the Defendants, EDWARD GOLDBERG, MINDY GOLDBERG and UNIVERSAL SOURCING, INC., directs the Defendants to file an Answer to the Complaint served upon them

on or about June 27, 2007 within ten (10) days, and, grants such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 28 day of September, 2007 to: Armando E. Batastini, Esquire and Stephen M. Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
mgrady.mfgassociates@cox.net