UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

Plaintiff

CASE NO. 07-237S

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

---

**MOTION OF THE PLAINTIFF, MICHAEL F. GRADY FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS', EDWARD GOLDBERG, MINDY GOLDBERG AND UNIVERSAL SOURCING, INC.'s MOTION TO DISMISS OR TRANSFER**

The Plaintiff, MICHAEL F. GRADY ("Grady"), hereby respectfully moves for an enlargement of time to serve a response to Defendants', EDWARD GOLDBERG, MINDY GOLDBERG (collectively "Goldberg") and UNIVERSAL SOURCING, INC. ("USI") Motion to Dismiss or Transfer, and as his grounds therefore states as follows:

1. On August 30, 2007, Goldberg and USI served their Motion to Dismiss or Transfer upon Grady. Pursuant to an Order of the Court entered on September 26, 2007, a response to the Motion to Dismiss or Transfer is due to be served by Grady on or before October 29, 2007.

2. As requested in his Motion for Extension of Time previously filed in this matter, in the event that this Court denies the Motion to Strike which had been served by Grady, additional time shall be required to prepare a response to the Motion to Dismiss or Transfer.

3. Grady needs to take the limited discovery from Edward Goldberg, Mindy Goldberg and Jay Auslander on the issues of the personal jurisdiction over Mindy Goldberg in order to prepare his response to the Motion to Dismiss or Transfer.

4. Accordingly, Grady is requesting an enlargement of time of thirty (30) days to serve his response to the Motion to Dismiss or Transfer.

5. No prejudice will result to any party if this motion is granted. This motion is made in good faith and not for the purpose of delay.

6. The undersigned has contacted counsel for the Goldbergs and USI with regard to this request for extension of time. However, counsel for the Goldbergs and USI never responded to the e-mails which were sent.

7. A proposed Order is attached hereto as Exhibit "A" for the Court's convenience.

WHEREFORE, based on the above, the Plaintiff, MICHAEL F. GRADY, respectfully requests that this Court enter an order granting him a thirty (30) day enlargement of time within which to serve his response to the Motion to Dismiss or Transfer served by the Defendants, EDWARD GOLDBERG, MINDY GOLDBERG and UNIVERSAL SOURCING, INC., and for such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2007, a true and correct copy of the foregoing was served via U.S. Mail and e-mail to: Armando E. Batastini, Esquire and Stephen M. Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
(401) 481-2385
mgrady.mfgassociates@cox.net

UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. 07-237S

Plaintiff

v..

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

District of Rhode Island
Property of U.S. District Court
OCT 30 2007
RECEIVED

**ORDER ON PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS', EDWARD GOLDBERG, MINDY GOLDBERG AND UNIVERSAL SOURCING, INC.'s MOTION TO DISMISS OR TRANSFER**

THIS CAUSE having come before the Court on *Plaintiff's Motion for an Enlargement of Time to Respond to Defendants', Edward Goldberg, Mindy Goldberg and Universal Sourcing, Inc.'s Motion to Dismiss or Transfer*, and, the Court having reviewed same, and the Court file, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion is hereby GRANTED.

**DONE AND ORDERED** this ____ day of _____________, 2007.

_______________________________
United States District Court Judge

Copies furnished to:
Michael F. Grady, Pro Se
Armando E. Batastini, Esquire (counsel for Defendants)
Jay Auslander, Esquire (counsel for Defendants)

**EXHIBIT "A"**