UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY, a Rhode Island domiciliary | : | |
| v. | : | C.A. No. 07-237S |
| EDWARD GOLDBERG, a New Jersey domiciliary, MINDY GOLDBERG, a New Jersey domiciliary, and UNIVERSAL SOURCING, INC., a New Jersey Corporation | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 31, 2007

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk