UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. CA 07-237S

Plaintiff,

v.

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

**ORDER GRANTING MOTION OF THE PLAINTIFF,**
**MICHAEL F. GRADY FOR LEAVE TO AMEND COMPLAINT**

THIS CAUSE having come before the Court on the Motion and Memorandum of Law of the Plaintiff, MICHAEL F. GRADY for Leave to Amend Complaint and upon the Court after reviewing the documents and the Court file, it is hereby

ORDERED AND ADJUDGED that:

The Motion of the Plaintiff, Michael F. Grady for Leave to Amend Complaint be and the same is hereby GRANTED.

DONE AND ORDERED this ____ day of ____________, 2008.

______________________________
DAVID L. MARTIN
United States Magistrate Judge

Copies to:
All counsel of record

**EXHIBIT "2"**