UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL F. GRADY, a Rhode Island domiciliary,<br><br>Plaintiff,<br><br>-against-<br><br>EDWARD GOLDBERG, a New Jersey domiciliary, MINDY GOLDBERG, a New Jersey domiciliary, and UNIVERSAL SOURCING, INC., a New Jersey corporation,<br><br>Defendants. | Case No: 07-237S |

**DEFENDANTS' OPPOSITION TO**
**<u>PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. ("USI"), hereby oppose the motion of Plaintiff Michael F. Grady ("Grady") for leave to amend the complaint and rely on the attached Memorandum of Law.

EDWARD GOLDBERG,
MINDY GOLDBERG, AND
UNIVERSAL SOURCING, INC.

By its Attorneys,

/s/ Armando E. Batastini
Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

SILLER WILK LLP
Jay S. Auslander (*pro hac vice*)
Natalie Shkolnik (*pro hac vice*)
Joseph Zelmanovitz (Of Counsel) (*pro hac vice*)
675 Third Avenue – 9th Floor
New York, New York 10017
(212) 421-2233
(212) 752-6380 (fax)