UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY, a Rhode Island domiciliary,<br><br>Plaintiff,<br><br>-against-<br><br>EDWARD GOLDBERG, a New Jersey domiciliary, MINDY GOLDBERG, a New Jersey domiciliary, and UNIVERSAL SOURCING, INC., a New Jersey corporation,<br><br>Defendants. | : | Case No: 07-237S |

**DEFENDANTS' MEMORANDUM OF LAW**
**IN SUPPORT OF THEIR OPPOSITION TO**
**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. ("USI"), respectfully submit this memorandum of law in support of their opposition to the motion of Plaintiff Michael F. Grady ("Grady") for leave to amend the complaint.

## PROCEDURAL BACKGROUND

On or about August 30, 2007, defendants filed a motion comprising the following: (1) a motion to dismiss the complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure; (2) a motion to dismiss this action as against defendant Mindy Goldberg for lack of personal jurisdiction; and (3) alternatively, a motion to transfer venue to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

Grady has filed answering memoranda and declarations in opposition to the motions to dismiss for lack of personal jurisdiction and to transfer, with respect to which defendants are submitting, at the same time as they are submitting this memorandum, reply memoranda of law

and reply declarations of Jay S. Auslander, defendant Edward Goldberg, and defendant Mindy Goldberg.

With respect to defendants' motion to dismiss pursuant to Rules 12(b)(6) and 9(b), however, Grady has *not* filed any opposition; instead, Grady has filed a motion for leave to amend the complaint and, as an exhibit to the motion, attaches a proposed amended complaint. This memorandum is limited to Grady's motion for leave to amend.

## DISCUSSION

Given that defendants have not answered the complaint (moving to dismiss instead), they have not yet served a responsive pleading to the complaint. Thus, under Fed. R. Civ. P. 15(a), Grady may amend his complaint as of right. But he has not done so: instead, Grady has moved for leave to amend at a time when he was not required to so move, attaching as an exhibit a proposed amended complaint that he was neither served, nor filed. Defendants thus find themselves in the unenviable position of needing to respond to a senseless motion covering a pleading (the proposed amended complaint) that, while being dismissible and which defendants intend to move to dismiss should plaintiff actually serve it, does not yet appear on the docket of the Court.

Accordingly, in order to minimize the burden and expense both to defendants and to the Court, defendants "oppose" Grady's motion for leave to amend on the ground that it is simply unnecessary and without basis in the Federal Rules and we note for the Court that defendants will address the insufficiencies and defects in the proposed pleading to the extent Grady ever chooses to serve and file it.

Defendants are, however, for now, in procedural limbo, and reserve all of their rights to move against or answer the proposed pleading when and if Grady ever serves and files it.

**CONCLUSION**

For the above reasons, defendants oppose plaintiff's motion for leave to amend his complaint.

EDWARD GOLDBERG,
MINDY GOLDBERG, AND
UNIVERSAL SOURCING, INC.

By its Attorneys,

/s/ Armando E. Batastini
Stephen M. Prignano (#3649)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

SILLER WILK LLP
Jay S. Auslander (*pro hac vice*)
Natalie Shkolnik (*pro hac vice*)
Joseph Zelmanovitz (Of Counsel) (*pro hac vice*)
675 Third Avenue – 9th Floor
New York, New York 10017
(212) 421-2233
(212) 752-6380 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 28th day of December, 2007, that this document has been filed electronically and is available for viewing and downloading to the following ECF registered participant and also was served by first class mail, postage prepaid, to the following party:

Michael F. Grady
100 Jefferson Drive
East Greenwich, RI 02818
mgrady3@cox.net

/s/ Armando E. Batastini