UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. CA 07-237S

Plaintiff,

v.

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

---

**MEMORANDUM OF LAW IN REPLY TO THE OPPOSITION OF THE DEFENSE TO THE AMENDMENT OF THE COMPLAINT**

The Plaintiff, MICHAEL F. GRADY, pursuant to the Federal Rules of Civil Procedure and Local General Rules of the United States District Court for the District of Rhode Island, serves this his Memorandum of Law In Reply to the Opposition of the Defense to the Amendment of the Complaint, and, as his grounds therefore would state as follows:

1. On or about December 28, 2007, the Defendants filed a Motion and Memorandum of Law in Opposition to the Request of the Plaintiff for Leave to Amend his Complaint. Previously, the Plaintiff, as documented in his Motion for Leave to Amend, had requested counsel for the Defendants to agree to the amendment, but, counsel for the Defendants never replied to the requests for consent.

2. Now, the Defendants argue that pursuant to Federal Rule of Civil Procedure 15, no leave of Court is required to amend the Complaint because the Defendants have yet to file an answer. Consequently, why the Defendants would burden this Court with additional motions

and memorandum of law objecting to what the Defendants perceive the Plaintiff has the absolute right to perform, as a matter of right, is frivolous, and, indeed, outrageous. Simply stated, the defense should agree to an Order allowing the amendment. The conduct of the defense in this regard is totally contrary to the repeated and unsubstantiated complaints of counsel for the Defendants that this case has been plagued with too many motions and memorandums.

3. It would have been quite simple for defense counsel to enter into an agreed order allowing the amendment or reply to the request of the Plaintiff to amend by saying there was no objection.

4. Nonetheless, in light of the concession included in the motion and memorandum filed by the Defendants, the Plaintiff has filed the Amended Complaint with the Court contemporaneously with this Memorandum and he has served it this date on counsel for the Defendants.

WHEREFORE, based on the above, the Plaintiff, MICHAEL F. GRADY, requests that this Court either enter an Order which grants the motion for leave to amend, or, simply rules that the motion for leave to amend is moot as the Defendants concede that the Plaintiff had the right to file the amended complaint without leave of court, and, grants such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 7 day of January, 2008 to: Armando E. Batastini, Esquire and Stephen M. Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay

Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
mgrady.mfgassociates@cox.net