UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY, a Rhode Island domiciliary,<br><br>Plaintiff,<br><br>-against-<br><br>EDWARD GOLDBERG, a New Jersey domiciliary, MINDY GOLDBERG, a New Jersey domiciliary, and UNIVERSAL SOURCING, INC., a New Jersey corporation,<br><br>Defendants. | : | Case No: 07-237S |

**DEFENDANTS' MOTION TO DISMISS OR TRANSFER**

Defendants Edward Goldberg, Mindy Goldberg, and Universal Sourcing, Inc. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6), 9(b), and 28 U.S.C. §§ 1404(a) and 1406(a), hereby move: (i) to dismiss the amended complaint in its entirety; (ii) to dismiss the complaint as against defendant Mindy Goldberg for lack of personal jurisdiction; or, alternatively, (iii) to transfer this action to the United States District Court for the District of New Jersey.

Defendants rely on (i) their Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint; (ii) Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint or, Alternatively, to Transfer the Action to the District of New Jersey, dated August 30, 2007; (iii) Declaration of Jay S. Auslander in Support of Defendants' Motion to Dismiss or to Transfer the Action, dated August 30, 2007; (iv) Declaration of Defendant Edward Goldberg in Support of Motion to Dismiss or Transfer, dated August 29, 2007; (v) Declaration of Defendant Darlene Mindy Goldberg in Support of Motion to Dismiss or Transfer, dated August 29, 2007; (vi) Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Action as Against Mindy Goldberg for Lack of Personal Jurisdiction, dated December 28, 2007; (vii) Reply Declaration of Jay S. Auslander in Further Support of

Defendants' Motion to Dismiss the Action as Against Defendant Darlene Mindy Goldberg for Lack of Personal Jurisdiction, dated December 28, 2007; (viii) Reply Declaration of Defendant Darlene Mindy Goldberg in Further Support of Motion to Dismiss the Action Against Her for Lack of Personal Jurisdiction, dated December 28, 2007; (ix) Defendant's Reply Memorandum of Law in Support of their Motion, in the Alternative, to Transfer the Action to the District of New Jersey, dated December 28, 2007; (x) Reply Declaration of Defendant Edward Goldberg in Further Support of Defendants' Motion to Transfer the Action; dated December 28, 2007; and (xi) Declaration of Joseph Zelmanovitz in Support of Defendants' Motion to Dismiss the Amended Complaint, dated January 17, 2008.

EDWARD GOLDBERG,
MINDY GOLDBERG, AND
UNIVERSAL SOURCING, INC.

By their Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(fax) (401) 276-6611

SILLER WILK LLP
Jay S. Auslander
Natalie Shkolnik
Joseph Zelmanovitz (Of Counsel)
675 Third Avenue – 9th Floor
New York, New York 10017
(212) 421-2233
(fax) (212) 752-6380

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 12(b), Defendants believe that oral argument may assist the Court, and consequently hereby request oral argument regarding this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2008, I caused a true copy of the within Defendants' Motion to Dismiss or Transfer to be delivered by First Class mail, postage prepaid, to the following party:

Michael F. Grady, *pro se*
100 Jefferson Drive
E. Greenwich, RI 02818

/s/ Armando E. Batastini