# J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL F. GRADY, a Rhode Island domiciliary,<br><br>Plaintiff,<br><br>-against-<br><br>EDWARD GOLDBERG, a New Jersey domiciliary, MINDY GOLDBERG, a New Jersey domiciliary, and UNIVERSAL SOURCING, INC., a New Jersey corporation,<br><br>Defendants. | Case No: 07-237S |

**REPLY DECLARATION OF DEFENDANT DARLENE MINDY GOLDBERG IN FURTHER SUPPORT OF MOTION TO DISMISS THE ACTION AGAINST HER FOR LACK OF PERSONAL JURISDICTION**

DARLENE MINDY GOLDBERG solemnly declares under penalty of perjury, as follows:

1. I am one of the defendants in this action. I submit this reply declaration in further support of that part of defendants' motion seeking the dismissal of the action against me for lack of personal jurisdiction. I have personal knowledge of the facts set forth, below.

2. Plaintiff Michael F. Grady ("Grady") does not dispute any of the following facts, each of which I set forth in my earlier declaration in support of defendants' motion to dismiss this action as against me for lack of personal jurisdiction: Although I hold the title of president of defendant Universal Sourcing, Inc. ("USI"), a New Jersey corporation, I am not now and I never have been a salaried employee of USI and I generally do not perform any services for USI with the exception of running the occasional errand for my husband, Edward Goldberg; I reside in Teaneck, New Jersey, and have never resided in Rhode Island; I have never visited Rhode

Island; I neither own, nor have I ever owned, any property in Rhode Island; I have never transacted any business in Rhode Island, nor have I ever employed an agent or representative to transact business for me in Rhode Island; I have never spoken with Grady concerning the alleged agreement mentioned in the complaint concerning the transfer of my shares in USI; I never made any representations concerning the purported sale of shares in USI to Grady; and, in fact, I have never had *any* substantive discussions with Grady concerning USI business. I have never availed myself of the privilege of transacting business in Rhode Island, nor did I ever expect that anything I did might subject me to suit in courts located in Rhode Island.

3. I understand that, in opposition to defendants' motion to dismiss the action as against me for lack of personal jurisdiction, Grady claims that my husband, Edward Goldberg, was also supposedly speaking on my behalf as my "agent" when (and if) he allegedly discussed with Grady in Rhode Island the issue of the transfer of shares of stock in USI to Grady. I never authorized my husband to negotiate with Grady in Rhode Island the terms of an agreement to transfer a portion of my shares in USI to plaintiff. And I have never exerted control over my husband concerning the transfer of my shares in USI. In fact, I have never exerted control over my husband with respect to *any* business of USI.

4. I also understand that Grady alleges that on or about February 28, 2002, Grady received from me in Rhode Island, by FedEx, the agreement and shares at issue in this case.[1] That is not true. I did not personally send the agreement or shares to him and I did not authorize anyone to send the agreement and shares to Grady in Rhode Island. I am stunned that Grady would concoct this allegation and I attach to this reply declaration as Exhibit A a copy of the

[1] The "specifics" of this allegation, including the purported date of receipt by Grady, are set forth in Grady's proposed amended complaint, at ¶ 33. Neither Grady's memorandum of law nor his declaration in opposition to defendants' motion to dismiss the action as against me contains *any* details of the alleged shipment.

FedEx invoice showing a shipment from USI to Grady on February 27, 2002 (which Grady received on February 28, 2002). The invoice notes the "shipper" as my husband, Eddie Goldberg, *not* me.

5. Based on the facts I set forth above and in my earlier declaration, I respectfully request the Court to dismiss the action against me for lack of personal jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December 2007, in Teaneck, New Jersey.

DARLENE MINDY GOLDBERG

# EXHIBIT

# A

FedEx.

Invoice Number: 4-132-94589
Invoice Date: Mar 04, 2002
Account Number: 1916-1767-3
Page: 4 of 5

## FedEx Express Payment Type Detail (Original)

**Dropped off: Feb 22, 2002** | **Payor: Shipper** | **Reference: NO REFERENCE INFORMATION** | FedEx Internal Use: 067035770/16036/_/_

- Package sent from: 33334 zip code
- Distance Based Pricing, Zone 6

| | |
|---|---|
| Tracking ID | 831181842930 |
| Service Type | FedEx Priority Overnight |
| Package Type | Customer Packaging |
| Zone | 6 |
| Pieces | 1 |
| Weight | 1.0 lbs, 0.5 kgs |
| Delivered | Feb 25, 2002 08:51 |
| Service Area Code | A1 |
| Signed by | E.SMITH |
| Bundle ID | 000 |

**Sender**
VIV RAMIREZ
UNIVERSAL SOURCING INC D-3
117 FORT LEE RD UNIT A-11
LEONIA NJ 07605-2248 US

**Recipient**
EDDIE GOLDBERG
UNIVERSAL SOURCING INC
117 FORT LEE RD UNIT A-11
LEONIA NJ 07605 US

| | | |
|---|---|---|
| Transportation Charge | | 15.9: |
| Total Transportation Charges | USD S | 15.8: |

**Dropped off: Feb 27, 2002** | **Payor: Shipper** | **Reference: NO REFERENCE INFORMATION** | FedEx Internal Use: 416148110/84323/_02

- Distance Based Pricing, Zone 3
- Release signature on file.

| | |
|---|---|
| Tracking ID | 790326316525 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 3 |
| Pieces | 1 |
| Weight | 1.0 lbs, 0.5 kgs |
| Delivered | Feb 28, 2002 09:02 |
| Service Area Code | AA |
| Signed by | M.GRADY |
| Bundle ID | 000 |

**Sender**
EDDIE GOLDBERG
UNIVERSAL SOURCING INC D-3
117 FORT LEE RD UNIT A-11
LEONIA NJ 07605-2248 US

**Recipient**
MIKE GRADY
UNIVERSAL SOURCING, INC
1200 HARTFORD AVENUE
JOHNSTON RI 02919 US

| | | |
|---|---|---|
| Transportation Charge | | 9.42 |
| Total Transportation Charges | USD S | 9.42 |

**Dropped off: Feb 27, 2002** | **Payor: Shipper** | **Reference: NO REFERENCE INFORMATION** | FedEx Internal Use: 415150250/20008/_/_

- Package sent from: 02919 zip code
- Distance Based Pricing, Zone 6

| | |
|---|---|
| Tracking ID | 791176443461 |
| Service Type | FedEx 2Day |
| Package Type | Customer Packaging |
| Zone | 6 |
| Pieces | 1 |
| Weight | 5.0 lbs, 2.3 kgs |
| Delivered | Mar 01, 2002 09:44 |
| Service Area Code | A1 |
| Signed by | C.GOTTSHALL |
| Bundle ID | 000 |

**Sender**
MIKE GRADY
UNIVERSAL SOURCING INC D-3
117 FORT LEE RD UNIT A-11
LEONIA NJ 07605-2248 US

**Recipient**
BETH GARDNER
STORAGE USA, INC
175 TOYOTA PLAZA
MEMPHIS TN 38103 US

| | | |
|---|---|---|
| Transportation Charge | | 10.50 |
| Total Transportation Charges | USD S | 10.50 |

**Payment Type Detail Subtotal** ........................................ USD S 35.84