UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

CASE NO. CA 07-237S

Plaintiff, v.

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

---

**DECLARATION OF THE PLAINTIFF IN OPPOSITION TO THE MOTION TO DISMISS AND TRANSFER**

MICHAEL F. GRADY ("Grady"), solemnly declares under penalty of perjury as follows:

1. Grady is the Plaintiff in this action. He submits this Declaration in support of his opposition to the motion seeking dismissal of the action against Mindy Goldberg for lack of personal jurisdiction and the motion to transfer to New Jersey.

2. USI suggests it is still an active corporation and production of its documents would hurt its business, and, therefore, these facts support transfer to New Jersey. Attached hereto, made a part hereof, and incorporated herein by reference as Exhibit "1" is a true and correct copy of a New Jersey State Business Gateway Service Corporate and Business Information Reporting which indicates that Universal Sourcing, Inc. ("USI") was suspended on March 16, 2007. As such, it is no longer an operating corporation in the State of New Jersey.

3. Moreover, on or about late April, 2007 or early May, 2007, in a coffee shop in

Teaneck, New Jersey, Edward Goldberg ("Goldberg") advised Grady that the business of USI was being shut down. Goldberg advised USI would no longer conduct any business through its name.

4. Furthermore, on Friday, May 18, 2007 @ 3:47 p.m., Goldberg sent an e-mail to Grady advising that he was going to "close down USI". Specifically, he wrote "I hate to have to shut down USI but at this point, there is no other alternative". A second e-mail from Goldberg to Grady dated May 22, 2007 states: "We have a few things to discuss regarding closing down USI, including AMEX, W-2, your truck and other things". True and correct copies of the May 18, 2007 and May 22, 2007 e-mails are attached hereto, made a part hereof, and, marked as Exhibit "2."

5. In sum, in response to the claim by Goldberg and USI that USI is currently conducting business and, therefore, its financial books and records from 1997-2007 are needed in New Jersey to keep USI operational and his contention that USI is in business are, to quote Goldberg from his own December 28, 2007 Declaration: "Nonsense."

6. With regard to the motion of Mindy Goldberg to dismiss for lack of personal jurisdiction, it must be noted that the New Jersey State Reporting Service (Exhibit "1") indicates that the role of Mindy Goldberg was much greater and more expansive than the role she describes in her Declarations filed in this action. New Jersey official records reveal that she was, in fact, the registered agent for USI and she was listed under the category "Officers/Directors/Members" of USI.

7. Therefore, the motion to dismiss for lack of personal jurisdiction should be denied because Mindy Goldberg is listed as an officer, director and member of USI and she is also the registered agent of a company that maintained offices in Rhode Island for over ten (10) years.

Moreover, based upon the agent/principal relationship she had with her husband when she authorized Goldberg to negotiate the sale of her stock in USI to Grady which Goldberg accomplished by e-mail, fax and in person in Rhode Island, Mindy Goldberg is subject to the personal jurisdiction of this court.

I declare under penalty of perjury that the foregoing is true and correct executed this 4th day of February, 2008 in the State of Rhode Island.

MICHAEL F. GRADY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 8th day of February, 2008 to: Armando E. Batastini, Esquire and Stephen M. Prignano, Esquire, Edwards, Angell, Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and Jay Auslander, Esquire, Joseph Zelmanovitz, Esquire and Natalie Shkolnik, Esquire, Siller, Wilk, LLP, 675 Third Avenue, New York, NY 10017-5714.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-834-9215
mgrady.mfgassociates@cox.net