-----Original Message-----
From: Eddie Goldberg [mailto:egoldberg@universalsourcing.biz]
Sent: Friday, May 18, 2007 3:47 PM
To: Mike Grady
Subject: USI

Mike - As per our telephone conversation today, I'm going to have to close USI down, our profit margins and sales have fallen that last few years and I cannot borrow more money and to be honest I don't want to borrow more money that USI cannot afford to repay. USI cannot accept any new orders. The orders that have been booked will have to be prepaid.

Regarding the Rhode Island office - The lease is over at the end of the month and USI is going to have to shutdown all the utilities. You can forward the phone to another number at your expense.

Mike, I hate to have to shut down USI, but at this point there is no other alternative.

Eddie Goldberg



EXHIBIT
2

**From:** Eddie Goldberg [egoldberg@universalsourcing.biz]
**Sent:** Tuesday, May 22, 2007 7:10 PM
**To:** Mike Grady

Tue, May 22, 2007

Mike - I'm going to be unavailble for the next few days. Do you have time on Friday morning to talk on the telephone? We have a few things to discuss regarding closing down USI, including AMEX, W-2, your truck among other things.

Mike I'm not in a very good situation, but I'm looking to get you out of this as intact as possible, I'm doing the same thing with Keith.

Eddie



EXHIBIT