UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL F. GRADY,<br>Plaintiff,<br><br>v.<br><br>EDWARD GOLDBERG,<br>MINDY GOLDBERG, and<br>UNIVERSAL SOURCING, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-237 ML |

**ERRATA SHEET**

The Conclusion to the Report and Recommendation issued on March 10, 2008, should read as follows:

**VI. Conclusion**

For the reasons stated above, I recommend that Defendants' Motion to Dismiss be granted. Any objections to this Report and Recommendation must be specific and must be filed with the Clerk within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); DRI LR Cv 72(d). Failure to file specific objections in a timely manner constitutes waiver of the right to review by the district court and of the right to appeal the district court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 11, 2008