UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL F. GRADY

v. CA 07-237 ML

EDWARD GOLDBERG,
MINDY GOLDBERG, and
UNIVERSAL SOURCING, INC.

# ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on March 10, 2008. Magistrate Judge Martin recommends that the amended complaint be dismissed pursuant to F. R. Civ. P. 12(b)(6), and because it fails to satisfy the pleading requirements of F. R. Civ. P. 9(b). Magistrate Judge Martin also recommends that Plaintiff's request to file a second amended complaint be denied.

This Court has considered Plaintiff's objection. This Court has also reviewed the many filings made by Plaintiff in this case. This Court, as did Magistrate Judge Martin, accord Plaintiff latitude because of his *pro se* status. Lenity, however, does not completely absolve Plaintiff of his obligation to plead sufficient facts to support his claim and to satisfy the requirements of the rules of civil procedure.

The Court hereby adopts the Report and Recommendation in its entirety.

Defendant's Motion to Dismiss is GRANTED. Plaintiff's request to file a second amended complaint is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 26 , 2008