UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

MICHAEL F. GRADY, a
Rhode Island domiciliary,

Plaintiff,

CASE NO. CA 07-237S

v.

EDWARD GOLDBERG, a
New Jersey domiciliary,
MINDY GOLDBERG, a
New Jersey domiciliary, and
UNIVERSAL SOURCING,
INC., a New Jersey corporation,

Defendants.

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT**

NOTICE is hereby given that MICHAEL F. GRADY, the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from a Final Judgment dismissing the action and an Order denying Plaintiff's request to file a second amended complaint entered in this action on March 26, 2008 by Mary M. Lisi, Chief United States District Judge. A copy of the Final Judgment with the order is attached.

MICHAEL F. GRADY, Pro Se
100 Jefferson Drive
E. Greenwich, RI 02818
401-884-9215
Cell: 401-481-2385
mgrady3@cox.net

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL F. GRADY

v. CA 07-237 ML

EDWARD GOLDBERG,
MINDY GOLDBERG, and
UNIVERSAL SOURCING, INC.

**ORDER**

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on March 10, 2008. Magistrate Judge Martin recommends that the amended complaint be dismissed pursuant to F. R. Civ. P. 12(b)(6), and because it fails to satisfy the pleading requirements of F. R. Civ. P. 9(b). Magistrate Judge Martin also recommends that Plaintiff's request to file a second amended complaint be denied.

This Court has considered Plaintiff's objection. This Court has also reviewed the many filings made by Plaintiff in this case. This Court, as did Magistrate Judge Martin, accord Plaintiff latitude because of his *pro se* status. Lenity, however, does not completely absolve Plaintiff of his obligation to plead sufficient facts to support his claim and to satisfy the requirements of the rules of civil procedure.

The Court hereby adopts the Report and Recommendation in its entirety.

**Defendant's Motion to Dismiss is GRANTED. Plaintiff's request to file a second amended complaint is DENIED.**

**SO ORDERED:**

Mary M. Lisi
**Mary M. Lisi**
**Chief United States District Judge**
**March 26 , 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL F. GRADY**

**Vs.** **C.A. NO. 07-237ML**

**EDWARD GOLDBERG,**
**MINDY GOLDBERG and**
**UNIVERSAL SOURCING, INC.**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Edward Goldberg, Mindy Goldberg and Universal Sourcing, Inc. against the plaintiff, Michael F. Grady, pursuant to the Order dated March 26, 2008 accepting the Report and Recommendation of Magistrate Judge David L. Martin. Defendants' Motion to Dismiss is GRANTED and the plaintiff's Motion to file a Second Amended Complaint is DENIED.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: March 27, 2008