**TRANSCRIPT NUMBER 57 WAS DOCKETED IMPROPERLY. PLEASE SEE TRANSCRIPT NUMBER 60 FOR CORRECTED DOCKET ENTRY WHICH INCLUDES DEADLINES AND COURT REPORTER INFORMATION**