TRANSCRIPT NUMBER 58 WAS DOCKETED IMPROPERLY. PLEASE SEE TRANSCRIPT NUMBER 61 FOR CORRECTED DOCKET ENTRY WHICH INCLUDES DEADLINES AND COURT REPORTER INFORMATION