TRANSCRIPT NUMBER 59 WAS DOCKETED IMPROPERLY. PLEASE SEE TRANSCRIPT NUMBER 62 FOR CORRECTED DOCKET ENTRY WHICH INCLUDES DEADLINES AND COURT REPORTER INFORMATION